AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

WESTERN District of ___NY___

| | |
|---|---|
| CHRISTOPHER A.WILLIAMS | ) |
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

Civil Action No.     20-CV-6905

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:  Case is dismissed with prejudice. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Donald D. Bush _____ on a motion for   Judgment on the Pleadings in favor of the Commissioner of Social Security. _____ .

Date: _____09/15/2022_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*